

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON | Case No: 8:24-cv-01730-JVS-DFM |
| | **Judge James V. Selna** |
| PLAINTIFFS, | |
| V. | |
| MICHAEL HUMPHRIES, MICAH HUMPHRIES, KATHRYNE MEYER, HANNAH STOLROW, DARYL KATZ, ANTHONY PELLICANO and ROBERT KLIEGER | ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) [96] |
| DEFENDANTS. | |

ORDER
1

Having considered Plaintiffs' Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) and good cause appearing, the Court hereby finds and rules as follows:

1.  The Court has dismissed the claims against Micah Humphries, Michael Humphries, Kathryne Meyer and Hannah Stolrow by [ECF No. 94] Order dated [June 9th, 2025].

2.  There is no just reason for delay in entering final judgment as to the Defendants' Micah and Michael Humphries, Kathryne Meyer and Hannah Stolrow's Motions to Dismiss the Plaintiffs' Second Amended Complaint, and entry of such judgment will serve the interests of justice and judicial efficiency.

3.  The dismissed claims are separable from the remaining claims in the case, and immediate appeal may materially advance the ultimate resolution of this action.

///

///

///

ORDER
2

1     IT IS HEREBY ORDERED that:

2

3     Final judgment is entered in favor of Michael Humphries, Micah Humphries,

4     Kathryne Meyer and Hannah Stolrow and against Plaintiffs as to all claims, pursuant to

5     Federal Rule of Civil Procedure 54(b).

6

7     **IT IS SO ORDERED.**

8

9     DATED: June 13, 2025          By: _____

10                                      Honorable James V. Selna

11                                      United States District Judge

ORDER
3