UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON<br><br>PLAINTIFFS,<br>V.<br><br>DARYL KATZ and ANTHONY PELLICANO<br><br>DEFENDANTS. | Case No: 8:24-cv-01730-JVS-DFM<br><br>**Judge James V. Selna**<br><br>**ORDER REGARDING WAIVER OF SERVICE FOR DEFENDANT DARYL KATZ [143]** |

**ORDER REGARDING WAIVER OF SERVICE FOR DEFENDANT DARYL KATZ** 1

The Court, having considered Plaintiffs' Notice of Service of Waiver of Summons as to Defendant Katz, and good cause appearing, hereby finds and orders as follows:

1. Plaintiffs transmitted a Rule 4(d) Waiver of Service of Summons for Defendant Katz on **July 10, 2025**.

2. The executed waiver was returned on **September 10, 2025**

**IT IS SO ORDERED.**

DATED: September 16, 2025    By: _____
    Honorable James V. Selna
    United States District Judge

**ORDER REGARDING WAIVER OF SERVICE FOR DEFENDANT DARYL KATZ** 2