UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DUSTY BUTTON; MITCHELL TAYLOR BUTTON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>MICAH HUMPHRIES; et al.,<br><br>Defendants - Appellees. | No. 25-4079<br><br>D.C. No.<br>8:24-cv-01730-JVS-DFM<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| DUSTY BUTTON; MITCHELL TAYLOR BUTTON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ROBERT N. KLIEGER; et al.,<br><br>Defendants - Appellees. | No. 25-6045<br>D.C. No.<br>8:24-cv-01730-JVS-DFM<br>Central District of California,<br>Santa Ana |
| DUSTY BUTTON; MITCHELL TAYLOR BUTTON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ROBERT N. KLIEGER; et al.,<br><br>Defendants - Appellees. | No. 25-6497<br>D.C. No.<br>8:24-cv-01730-JVS-DFM<br>Central District of California,<br>Santa Ana |

| | |
|---|---|
| DUSTY BUTTON; MITCHELL TAYLOR BUTTON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ROBERT N. KLIEGER; et al.,<br><br>Defendants - Appellees. | No. 25-7163<br>D.C. No.<br>8:24-cv-01730-JVS-DFM<br>Central District of California,<br>Santa Ana |

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

After considering the responses to the court's July 24, 2025 and December 4, 2025 orders, we deny the motions to proceed in forma pauperis (Docket Entry Nos. 8 and 21 in 25-4079, Docket Entry Nos. 4 and 17 in 25-6045, Docket Entry No. 10 in 25-6497, and Docket Entry No. 11 in 25-7163) and dismiss these four consolidated appeals as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

This court will not entertain further filings in these closed cases.

**DISMISSED.**