UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DUSTY BUTTON and MITCHELL TAYLOR BUTTON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>MICAH HUMPHRIES; et al.,<br><br>Defendants - Appellees. | No. 25-4079<br><br>D.C. No. 8:24-cv-01730-JVS-DFM<br><br>Central District of California, Santa Ana<br><br>MANDATE |
| DUSTY BUTTON and MITCHELL TAYLOR BUTTON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ROBERT N. KLIEGER; et al.,<br><br>Defendants - Appellees. | No. 25-6045<br><br>D.C. No. 8:24-cv-01730-JVS-DFM<br><br>Central District of California, Santa Ana |
| DUSTY BUTTON and MITCHELL TAYLOR BUTTON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ROBERT N. KLIEGER; et al.,<br><br>Defendants - Appellees. | No. 25-6497<br><br>D.C. No. 8:24-cv-01730-JVS-DFM<br><br>Central District of California, Santa Ana |

| | |
|---|---|
| DUSTY BUTTON and MITCHELL TAYLOR BUTTON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ROBERT N. KLIEGER; et al.,<br><br>Defendants - Appellees. | No. 25-7163<br><br>D.C. No.<br>8:24-cv-01730-JVS-DFM<br><br>Central District of California,<br>Santa Ana |

The judgment of this Court, entered October 20, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT